No. 94–480.  TIMBERLANE REGIONAL SCHOOL DISTRICT v. MURPHY, BY AND THROUGH HIS LEGAL GUARDIANS, MURPHY

ET AL.  C. A. 1st Cir.  Certiorari denied.